UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATILDA JEAN DUFFY, | CASE NO. C11-5945 RBL |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion for Court-Appointed Counsel [Dkt. #8]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

There is no right to counsel in a civil case. The Court may appoint counsel under 28 U.S.C. § 1915(e)(1) in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the Plaintiff to articulate her claims *pro se*. *Id.*

This is plaintiff's fourth lawsuit before this Court involving many of the same facts. [See C02-1675JCC (voluntarily dismissed); C02-5073RJB (voluntarily dismissed); C02-5440RBL

ORDER- 1

(originally settled, dismissed upon attempt to reopen)].  Plaintiff obviously has the ability to articulate her claims *pro se*.  At this stage of the proceeding the Court is unable to evaluate the likelihood of success on the merits.

Plaintiff's Motion for Court-Appoint Counsel is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 8th day of December, 2011.

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE